UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6002 CR-ZLOCH
8 U.S.C. § 1326(a)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
)
            Plaintiff,   )
v.                       )
                         )
CAMERON ROBINSON,        )
                         )
            Defendant.   )
_____)

## INDICTMENT

The Grand Jury charges that:

On or about December 29, 1999, at Broward County, in the Southern District of Florida, the defendant,

CAMERON ROBINSON,

an alien, having previously been ordered deported from the United States, on or about August 8, 1996, and having thereafter departed the United States, did knowingly attempt to enter the United



States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| CAMERON ROBINSON | |
| _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

| | | | New Defendant(s) | ____ Yes ____ No |
|---|---|---|---|---|
| ____ Miami | ____ Key West | | Number of New Defendants | ____ |
| X ___ FTL | ____ WPB | ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No)    ____No____
   List language and/or dialect   _____

4. This case will take    _2_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | I   | 0 to 5 days    | _X_ | Petty   | ____ |
   |-----|---------------|-----|---------|------|
   | II  | 6 to 10 days   | ____ | Minor   | ____ |
   | III | 11 to 20 days  | ____ | Misdem. | ____ |
   | IV  | 21 to 60 days  | ____ | Felony  | _X_ |
   | V   | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)    ____NO____
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of   __12/29/99 INS__
   Defendant(s) in state custody as of    _____
   Rule 20 from the   _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __
   Yes _X_ No    If yes, was it pending in the Central Region?  __Yes__ / __No__

                                      _____
                                      DAVID P. CORA
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No. 471623

\*Penalty Sheet(s) attached                                          REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name:** CAMERON ROBINSON    **Case No.:** _____

=====================================================================

Count #: 1

8 U.S.C. § 1326(a))

ILLEGAL RE-ENTRY AFTER DEPORTATION

**Max. Penalty:**    2 YEARS' IMPRISONMENT; $250,000 FINE
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================
Count #


**Max. Penalty:**
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.