AO 442 (Rev.r5/93) Warrant for Arrest   AUSA CORA   SA MITCH BROWN, INS

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CAMERON ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6002

CR-ZLOCH MAGISTRATE JUDGE SELTZER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CAMERON ROBINSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL RE-ENTRY INTO UNITED STATES,

in violation of Title ___8___ United States Code, Section(s) 1326(a)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

1-11-00 FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ Pretrial Detention Requested

by LURANA S. SNOW, CHIEF U.S. MAGISTRATE JUDGE
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc