COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CAMERON ROBINSON (J)         CASE NO: 00-6002-CR-ZLOCH
AUSA: DAVID CORA - pres            ATTY: Robert Dolman
AGENT: INS MITCH BROWN             VIOL: 8:1326    Temp
PROCEEDING I/A ON INDICTMENT       RECOMMENDED BOND PTD
BOND HEARING HELD - yes/~~no~~    COUNSEL APPOINTED
BOND SET @ 250,000 CSB w/ Nebbia

[FILED by __ D.C. JAN 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

Deft advised of charges

Temp cnsl present

re-set for IRC & arr.
Gov't reserves right to request PTD
should deft seek to post or reduce bond.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  1-21  11  BSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:      1-21  11  BSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 1-13-00    Time 11:00    FTL/LSS TAPE #00- 003    Begin: 875    End: 1109

4