UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55142-004

UNITED STATES OF AMERICA     )
         Plaintiff           )   Case Number: CR 00-6002-CR-Zloch
                             )   REPORT COMMENCING CRIMINAL
     -vs-                    )              ACTION
                             )
Robinson, Cameron            )
         Defendant

***********************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
***********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-13-00   11:00  am/pm

(2) Language Spoken: Eng

(3) Offense(s) Charged: Illegal Re Entry

(4) U.S. Citizen  [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 4-8-58

(6) Type of Charging Document:  (check one)
    [ ] Indictment   [X] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fl

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 1-13-99    (9) Arresting Officer: Mitch Brown

(10) Agency: INS             (11) Phone: _____

(12) Comments: _____

FILED by __ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.