AO 442 (Rev.r5/93) Warrant for Arrest     AUSA CORA    SA MITCH BROWN, INS    F10 #445410
0004-0112-0787-J

# United States District Court

SOUTHERN ——— DISTRICT OF ——— FLORIDA

FILED by _____ D.C.
DKTG
JAN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

CAMERON ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: **00-6002**
CR-ZLOCH  MAGISTRATE JUDGE
                        SELTZER

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CAMERON ROBINSON_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL RE-ENTRY INTO UNITED STATES,

in violation of Title ___8___ United States Code, Section(s) __1326(a)__

CLARENCE MADDOX                              CLERK OF COURT
Name of Issuing Officer                      Title of Issuing Officer
[signature]                                  1-11-00  FT. LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ **Pretrial Detention Requested**    by [signature] LURANA S. SNOW, CHIEF U.S. MAGISTRATE JUDGE
                                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
at    Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/12/2000 | James A. Tassone, U.S. Marshal | [signature] |
| DATE OF ARREST | FOR: INS | Fred DePompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.

*AO 442 (Rev. 5/93) Warrant for Arrest*

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: CAMERON SCOTT ROBINSON

ALIAS: ROBINSON SCOTT

LAST KNOWN RESIDENCE: KROME DETENTION CENTER

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: CANADA

DATE OF BIRTH: 4-8-58

SOCIAL SECURITY NUMBER:

HEIGHT: 5'11"                                   WEIGHT: 165 lbs.

SEX: MALE                                       RACE: WHITE

HAIR: BROWN                                     EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: IMMIGRATION & NATURALIZATION SERVICE, P.O. BOX 13054, 1800 ELLER DRIVE, SUITE 402, FORT LAUDERDALE, FLORIDA 33316