UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6002-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CAMERON SCOTT ROBINSON,
    Defendant.
_____)

MAGISTRATE JUDGE
SELTZER

## NOTICE OF PERMANENT APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

You will please enter my permanent appearance as Attorney of Record for the Defendant, Cameron Scott Robinson, in the above-styled cause. The Clerk and all parties in the above-styled cause are hereby requested to send all future pleadings to the undersigned attorney.

Respectfully submitted,

_____
ROBERT H. DOLMAN, ESQ.
2455 E. Sunrise Blvd., Suite 508
Fort Lauderdale, FL 33304
Tel(954)561-0655/Fax(954)561-0788
Florida Bar No. 350321

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned Notice of Permanent Appearance was hand-delivered to the Assistant United States Attorney, David Cora, at 299 E. Broward Blvd., Fort Lauderdale, FL 33301, on the 21st day of January 2000.

_____
ROBERT H. DOLMAN, ESQ.