

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6002-CR-Zloch

UNITED STATES OF AMERICA

        vs

  Cameron Robinson

ARRAIGNMENT INFORMATION SHEET

     The above named Defendant appeared before Magistrate Judge Barry S Seltzer on     1-21-00    , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retaine counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:        Address:_____IN CUSTODY_____

                    _____

                  Telephone:_____

DEFENSE COUNSEL:   Name:_____Robert Dolman_____

                  Address:_____

                  _____

                  Telephone:_____

BOND SET/CONTINUED:  $_____STILL IN CUSTODY_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this____21____day of _____January_____, 20_00_ .

                  CLARENCE MADDOX
                  COURT ADMINISTRATOR/ CLERK

                  By:_____
                  Deputy Clerk

                Tape No.___00-6002-CR-Zloch___

cc: Clerk for Judge
    U. S. Attorney