DEFT: Cameron Robinson (J)#                CASE NO: 00-6002-CR-Zloch
AUSA: David Cora /Rosenthal               ATTNY: Robert Dolman (temp) present
AGENT: _____                        VIOL: _____
PROCEEDING: Inquiry re Counsel/            BOND REC: _____
            Arraignment
BOND HEARING HELD - yes/no                 COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____                FILED by ___ D.C.
                                           JAN 21 2000
SPECIAL CONDITIONS: _____           CLARENCE MADDOX
                                           CLERK U.S. DIST. CT.
                                           S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

AUSA will contact Carline re tapes.

NEXT COURT APPEARANCE:    DATE:         TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:        2-4-00        11:00am      SNOW

DATE: 1-21-00    TIME: 11:00am    TAPE # 00-005    PG # 1
                 12:20pm                           1800-1895

11