UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6002-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

CAMERON ROBINSON,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 4, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that it will provide a clearer copy of an audio tape previously tendered to defense counsel. Finally, the Government informed the Court that it anticipates this matter being resolved by way of a change of plea.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this ____ day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

David Cora, Esquire
Assistant United States Attorney

Robert Dolman, Esquire
International Building, Suite 508
2455 East Sunrise Boulevard
Fort Lauderdale, Florida 33304-3108
Attorney for Defendant