COURT MINUTES

U. S. MAGISTRATE JUDGE **BARRY S. SELTZER** - FT. LAUDERDALE, FLORIDA

DEFT: CAMERON ROBINSON (no deft)    CASE NO: 00-6002-CR-ZLOCH

AUSA: DAVID CORA _pres_    ATTY: ROBERT DOLMAN _pres_

AGENT: _____    VIOL: _____

PROCEEDING STATUS CONFERENCE    RECOMMENDED BOND_____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED_____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

_disc out - possible plea_

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: _____

Date: 2-4-00    Time 11:00    FTL/BSS TAPE #00- C11    Begin: 2057    End: 2081