UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
FEB 15 2000
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6002-CR-Zloch   DATE 2-15-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Cameron Robinson

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Robert Dolman

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to one count Indictment

RESULT OF HEARING Deft entered a plea of guilty to the one count Indictment

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Indictment

CASE CONTINUED TO 5-5-00   TIME 11:00 AM FOR Sentencing

MISC ~~~~ No Plea Agreement


18