UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6002-CR-ZLOCH



UNITED STATES OF AMERICA

v.

CAMERON ROBINSON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
March 29, 2000, at 9:30 AM

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 15, 2000

cc:
David Cora, Esq., AUSA
Robert Dolman, Esq.
Probation