FILED by ___

MAR 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6002-CR-ZLOCH   DATE March 29, 2000

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION Jim Pierce   INTERPRETER

UNITED STATES OF AMERICA v. Cameron Robinson

U. S. ATTORNEY David Cora   DEFT COUNSEL Robert Dolman

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct commits Deft. to B of B for term of 91 days with credit for time served as to One Count Indictment; $250 fine payable immediately to U.S. Courts; Supervised rel. for 1 yr.; on sup. rel. Deft shall not commit any fed., state, or local crimes, shall not

JUDGMENT possess a firearm or other dangerous device or controlled substance; Special condt of sup. rel.: after imprisonment Deft shall surrender to INS for deportation proceedings; if deported Deft shall not reenter w/o prior express permission of US AG; nonreporting Sup rel if Deft. deported; if Deft reenters US Deft shall report to US Probation w/in 72 hrs of arrival; Special assessment $100

CASE CONTINUED TO ___   TIME ___   FOR ___

MISC