AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page 2 of 6

DEFENDANT: CAMERON ROBINSON
CASE NUMBER: 00-6002-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 91 days.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ a.m./p.m. on _____
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   April 6, 2000   to Federal Detention Center, Miami, Fl.
at   33 NE 4 Street Miami, Fl.   with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By   J. Maseda, L.I.E.
~~DEPUTY U.S. MARSHAL~~